## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**LANELL STEWART**                                      **CIVIL ACTION**

**VERSUS**

**DAIGLE INDUSTRIES, LLC, ET AL.**            **NO. 22-00487-BAJ-EWD**

### JUDGMENT

Considering the parties' **Joint Motion To Dismiss (Doc. 20)**, which the Court construes as a stipulation of dismissal signed by counsel for all remaining parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 27th day of March, 2023

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**